Entered: August 21, 2024
Signed:  August 21, 2024

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   24–13782 – MMH      Chapter:  7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Clarence Seyfferth IV
aka Scott Seyfferth
1602 Cananaro Court
Annapolis, MD 21409

Social Security No.:   xxx–xx–3639

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor on 5/2/24.

The estate of the above–named debtor has been fully administered.

ORDERED, that Monique Desiree Almy is discharged as trustee of the estate of the above–named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

fnldec – *MichelleRaymond*